**ATTACHMENT A**
**CORPORATE RESOLUTION FOR**
**GRANDEUR MANAGEMENT, INC.**

Be it known that the Board of Directors and officers of the company of Grandeur Management Inc. (AGrandeur Management@) met on the 4th day of MARCH 2022 for the purpose of entering into a plea agreement with the United States of America, and,

RESOLVED, that Grandeur Management desires to enter into the plea agreement and subsequent guilty plea in the courts of the United States, and further,

RESOLVED, that Raja Younas is a fit and proper person to enter into the plea agreement on behalf of Grandeur Management, and further,

RESOLVED, that Raja Younas is hereby authorized to enter into a plea agreement on behalf of Grandeur Management and a subsequent guilty plea in the courts of the United States of America and to take such further action as appears necessary or desirable to carry into effect the intent and purpose of the foregoing resolutions.

Be it so resolved.

_____
Raja Younas
PRESIDENT (Position/title)
Grandeur Management Inc.